# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 227 |
| | : | |
| AMENDMENT OF RULE 208 OF THE | : | DISCIPLINARY RULES DOCKET |
| PENNSYLVANIA RULES OF | : | |
| DISCIPLINARY ENFORCEMENT | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of July, 2022, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania; which followed the proposal to amend Pa.R.D.E. 208 having been published for comment in the Pennsylvania Bulletin, 52 Pa.B. 965 (February 12, 2022):

      **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 208 of the Rules of Disciplinary Enforcement is amended in the attached form.

      This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b) and shall be effective in 30 days.

Additions to the rules are in bold and are underlined.
Deletions from the rules are shown in bold and brackets.